UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

THE FOUNDATION FOR WORLDWIDE INTERNATIONAL STUDENT EXCHANGE (WISE),

    Plaintiff,

v.

JAMES DOAN, TERI BARR, JEANNIE NISHIKAWA, DAVIS HOUSING SERVICES, STUDENT GLOBAL PLACEMENT SERVICES, and LESTER NEBLETT,

    Defendants.
_____/

NO. CIV. 2:12-02006 WBS CKD

ORDER OF RECUSAL

----oo0oo----

Although defendant Davis Housing Services does not disclose any relationship to UC Davis in its corporate disclosure, its website represents that it is "The Davis Homestay Placement Agency for UC Davis and Extension." See www.davishousingservices.com. Based on Canon 3 of the Code of Conduct for United States Judges, which provides that a judge should perform the duties of the office fairly, impartially, and

1

diligently, the Committee on Codes of Conduct has concluded that "[a] judge who teaches at a law school should recuse from all cases involving that educational institution as party." Guide to Judiciary Policy, Compendium of Selected Ethics Advisory Opinions, § 3.4-3.

  Because the undersigned judge holds an adjunct teaching position at the UC Davis School of Law, the undersigned hereby recuses himself as the judge to whom this case is assigned. Any dates previously set in this case are hereby VACATED.

  The Clerk of the Court shall reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

DATED: November 21, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE