Ian A. Rambarran, Bar No. 227366
André M. Chernay, Bar No. 214890
KLINEDINST PC
801 K Street, Suite 2800
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
irambarran@klinedinstlaw.com
achernay@klinedinstlaw.com

Attorneys for Defendants
DAVIS HOUSING SERVICES; DAVIS BIKE RENTALS; and JAMES DOAN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FOUNDATION FOR WORLDWIDE INTERNATIONAL STUDENT EXCHANGE (WISE),<br><br>Plaintiff,<br><br>v.<br><br>JAMES DOAN; TERI BARR; JEANNIE NISHIKAWA; DAVIS HOUSING SERVICES; STUDENT GLOBAL PLACEMENT SERVICES; and LESTER NEBLETT,<br><br>Defendants. | Case No.   2:12-CV-02006-WBS-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS WISE'S COMPLAINT WITH PREJUDICE, AS TO DEFENDANTS DAVIS HOUSING SERVICES AND JAMES DOAN ONLY**<br><br>Complaint Filed:  7/31/2012<br>Trial Date:         None set |

///
///
///
///
///
///
///
///
///

- 1 -

## STIPULATION

Plaintiff The Foundation for Worldwide International Student Exchange ("WISE") and Defendants Davis Housing Services and James Doan agree and stipulate as follows:

1. WISE's Complaint filed in this action shall be dismissed with prejudice as to Davis Housing Services and James Doan only. Each party is to bear its/their own attorneys' fees and costs.

Klinedinst PC

DATED: February 22, 2013          By: /s/ Andre M. Chernay
                                       Ian A. Rambarran
                                       André M. Chernay
                                       Attorneys for Defendants
                                       DAVIS HOUSING SERVICES; DAVIS
                                       BIKE RENTALS: and JAMES DOAN

Rainey, Kizer, Revier & Bell PLC

DATED: February 22, 2013          By: /s/ Nathan E. Shelby
                                       Nathan E. Shelby
                                       Attorneys for Plaintiff
                                       THE FOUNDATION FOR
                                       WORLDWIDE INTERNATIONAL
                                       STUDENT EXCHANGE (WISE).

KLINEDINST PC
801 K STREET, SUITE 2800
SACRAMENTO, CALIFORNIA 95814

## ORDER

The Court having read and considered the foregoing Stipulation for Entry of Order to Dismiss WISE's Complaint with Prejudice as to Davis Housing Services and James Doan only, and good cause appearing therefore:

IT IS HEREBY ORDERED that:

WISE's Complaint filed in this action shall be dismissed with prejudice as to Davis Housing Services and James Doan only. Each party is to bear its/their own attorneys' fees and costs.

DATED:                                    By: _____
                                              HON. KIMBERLY J. MUELLER

13083968v1

Ian A. Rambarran, Bar No. 227366
André M. Chernay, Bar No. 214890
KLINEDINST PC
801 K Street, Suite 2800
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
irambarran@klinedinstlaw.com
achernay@klinedinstlaw.com

Attorneys for Defendants
DAVIS HOUSING SERVICES; DAVIS BIKE RENTALS; and JAMES DOAN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FOUNDATION FOR WORLDWIDE INTERNATIONAL STUDENT EXCHANGE (WISE),<br><br>Plaintiff,<br><br>v.<br><br>JAMES DOAN; TERI BARR; JEANNIE NISHIKAWA; DAVIS HOUSING SERVICES; STUDENT GLOBAL PLACEMENT SERVICES; and LESTER NEBLETT,<br><br>Defendants. | Case No.   2:12-CV-02006-WBS-CKD<br><br>**CERTIFICATE OF SERVICE**<br><br>Complaint Filed:  7/31/2012<br>Trial Date:         None set |

I declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of Sacramento, California, and my business address is 801 K Street, Suite 2800, Sacramento, California 95814.

On **February 22, 2013**, I caused to be served the following documents:

**STIPULATION AND [PROPOSED] ORDER TO DISMISS WISE'S COMPLAINT WITH PREJUDICE, AS TO DEFENDANTS DAVIS HOUSING SERVICES AND JAMES DOAN ONLY**

| | | |
|---|---|---|
| 1 | ☒ | **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail, at Sacramento, California, with postage thereon fully prepaid, individually, addressed to the parties as indicated. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(B).) |

| Teri Barr<br>3101 5th Street, Apt. #101<br>Davis, CA 95618 | Tel: (530) 758-2823<br><br>PRO SE |
|---|---|

☐ **BY OVERNIGHT SERVICE:** I caused such envelopes to be delivered by Overnight/Express Mail Delivery to the addressee(s) noted in this Certificate of Service.

☐ **BY FACSIMILE TRANSMISSION:** I caused a true copy of the foregoing document(s) to be transmitted (by facsimile # ) to each of the parties mentioned above at the facsimile machine and as last given by that person on any document which he or she has filed in this action and served upon this office.

☒ **BY ELECTRONIC FILING SERVICE:** By electronically filing the foregoing document(s) using the CM/ECF system. Service of an electronically filed document upon a CM/ECF User who has consented to electronic service is deemed complete upon the transmission of the Notice of Electronic Filing ("NEF"). The NEF will be maintained with the original document(s) in our office.

☐ **BY PERSONAL SERVICE:** I served the person(s) listed below by leaving the documents, in an envelope or package clearly labeled to identify the person being served, to be personally served via Cal Express Attorney Service on the parties listed on the service list below at their designated business address.

   ☐   By personally delivering the copies;

   ☐   By leaving the copies at the attorney's office;

      ☐   With a receptionist, or with a person having charge thereof; or

      ☐   In a conspicuous place in the office between the hours of _____ in the morning and five in the afternoon;

   ☐   By leaving the copies at the individual's residence, a conspicuous place, between the hours of eight in the morning, and six in the afternoon.

   I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

**SEE ATTACHED SERVICE LIST**

   I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Sacramento, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

CERTIFICATE OF SERVICE

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 22, 2013, at Sacramento, California.

/s/ Corinne A. Perez
Corinne A. Perez

Service List
1877-8033
*WISE v. Doan, et al.*

| | |
|---|---|
| Nathan E. Shelby<br>Rainey, Kizer, Revier & Bell PLC<br>209 East Main Street<br>P.O. Box 1147<br>Jackson, TN 38302-1147 | Tel: (731) 425-7949<br>Fax: (731) 410-1377<br><br>Attorneys for PLAINTIFF |
| Robert James Miller<br>Powers & Miller<br>2180 Harvard Street, Suite 200<br>Sacramento, CA 95815 | Tel: (916) 924-7900<br>Fax: (916) 924-7980<br><br>Attorneys for PLAINTIFF |
| James J. Falcone<br>Law Office of James J. Falcone<br>520 Capitol Mall, Suite 600<br>Sacramento, CA 95814 | Tel: (916) 442-4204<br><br>Attorneys for JEANNIE NISHIKAWA |
| Craig Nels Lundgren<br>Lundgren & Reynolds, LLP<br>424 2nd Street, Suite A<br>Davis, CA 95616 | Tel: (530) 792-8800<br>Fax: (530) 297-5077<br><br>Attorneys for STUDENT GLOBAL PLACEMENT SERVICES; LESTER NEBLETT |

1622085v1