1  Nathan E. Shelby, BPR 026583
2  Rainey, Kizer, Reviere and Bell, PLC
   209 E. Main St.
3  Jackson, TN 38301
   Telephone No. (731) 425-7949
4  Telecopier No. (731) 410-1377

5  R. James Miller, SBN 170312
   Katherine L. Marlink, SBN 272555
6  POWERS & MILLER
   2180 Harvard Street, Suite 200
7  Sacramento, California 95815
   Telephone No. (916) 924-7900
8  Telecopier No. (916) 924-7980

9  Attorneys for Plaintiff
   The Foundation for Worldwide International
10 Student Exchange (WISE)

11                UNITED STATES DISTRICT COURT

12       EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

13

14 | THE FOUNDATION FOR WORLDWIDE      ) Case No.: 2:12-CV-02006-WBS-CKD
   | INTERNATIONAL STUDENT EXCHANGE    )
15 | (WISE),                           ) **STIPULATION AND [PROPOSED]**
   |                                   ) **ORDER TO DISMISS WISE'S**
16 |           Plaintiff,              ) **COMPLAINT WITH PREJUDICE, AS TO**
   |                                   ) **JEANNIE NISHIKAWA ONLY**
17 |      v.                           )
   |                                   )
18 | JAMES DOAN, TERI BARR, JEANNIE    )
   | NISHIKAWA, DAVIS HOUSING          )
19 | SERVICES, STUDENT GLOBAL          )
   | PLACEMENT SERVICES, and LESTER    )
20 | NEBLETT                           )
   |                                   )
21 |           Defendants.             )

22

23

24

25  ///

26  ///

27  ///

28                          **STIPULATION**
                                1
     STIPULATION AND [PROPOSED] ORDER TO DISMISS WISE'S COMPLAINT
            WITH PREJUDICE, AS TO JEANNIE NISHIKAWA ONLY

As represented by the signature of counsel below for The Foundation for Worldwide International Student Exchange and Jeannie Nishikawa, the undersigned parties have informed the Court that this matter has been settled as to these parties only. These parties stipulate that WISE's Complaint filed in this action shall be dismissed with prejudice as to Jeannie Nishikawa only, and there shall be no award of costs and fees to either party as such have been resolved within the settlement agreement.

POWERS & MILLER

/s/ Katherine L. Marlink

Katherine L. Marlink, SBN 272555
2180 Harvard Street, Suite 200
Sacramento, California 95815
Telephone No. (916) 924-7900
Telecopier No. (916) 924-7980


RAINEY, KIZER, REVIERE, AND BELL, PLC

/s/ Nathan E. Shelby

Nathan E. Shelby, BPR 026583
209 E. Main St.
Jackson, TN 38301
Telephone No. (731) 425-7949
Telecopier No. (731) 410-1377
Attorneys for Plaintiff
The Foundation for Worldwide International
Student Exchange (WISE)

MASON THOMAS

/s/ Bradley S. Thomas

Bradley S. Thomas, SBN 78946
2840 Fifth Street
Davis, CA 95618
Telephone No. (530) 757-0883
Attorney for Defendant Jeannie Nishikawa

# [PROPOSED] ORDER

The Court having read and considered the foregoing Stipulation for Entry of Order to Dismiss WISE's Complaint with prejudice as to Jeannie Nishikawa only, and good cause appearing therefore:

IT IS THEREFORE ORDERED that the claims against Jeannie Nishikawa are dismissed with prejudice with no award of costs and fees to either party as such have been resolved within the settlement agreement.

As there are no remaining the defendants to this action, this consent dismissal results in the dismissal of this action pending before this court in its entirety.

IT IS SO ORDERED, this ___ day of _____, 2014.

_____
JUDGE